UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH JOHNSON,<br><br>Defendant. | CASE NO. **2:22-cr-00036-JCC**<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with two counts of distribution of controlled substances and two counts of possession of a firearm in furtherance of a drug trafficking offense. Defendant has a criminal history that includes several felony convictions. He appears to have substance abuse problems and has been unemployed for several years. The facts alleged in the complaints avers that Defendant was contacted by police for selling drugs and was found in possession of a firearm on February 4, 2002. On March 2, 2022, the complaint alleges Defendant was again contacted by police for selling drugs and again was found in possession of a firearm.

DETENTION ORDER - 1

Defendant's lawyer submitted letters of support that indicate Defendant family and friends love him and are supportive and that he has ties to the community. The letters however are not sufficient to counterbalance the nature of the charges, and offenses that allegedly occurred despite family support. The Court concludes there are no conditions of release that would reasonably assure the safety of the community.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23rd day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2