THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSEPH JOHNSON,<br><br>                Defendant. | CASE NO. CR22-0036-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Joseph Johnson's unopposed motion to continue trial and pretrial deadlines (Dkt. No. 16).

Last month, a grand jury indicted Mr. Johnson on five counts related to alleged fentanyl distribution and possessing a firearm in furtherance of the same. (Dkt. No. 8.) Trial is currently set for May 23, 2022, and the pretrial motions deadline has already passed. (*See* Dkt. No. 14.) Defendant, through counsel, seeks a continuance to October 11, 2022, citing the need for more time to review recently produced voluminous discovery, conduct a defense investigation, do legal research, consult with counsel, and prepare for trial. (Dkt. No. 16 at 1–2.)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendants and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1.	Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2.	Failure to grant such a continuance would be likely to result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

3.	The additional time requested between the current trial date and the new trial date is a reasonable period of delay.

Accordingly, it is hereby ORDERED as follows: (1) Mr. Johnson's motion (Dkt. No. 16) is GRANTED; (2) The May 23, 2022 jury trial is CONTINUED to October 11, 2022, and pretrial motions will be due August 31, 2022; and (3) The period from the date of this order until October 11, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 18th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE