THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH JOHNSON,<br><br>  Defendant. | CASE NO. CR22-0036-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial and extend the pretrial motions deadline (Dkt. No. 24.)

Defendant contends that discovery is voluminous, including numerous gigabytes of data provided during discovery by the government, and additional time is necessary to review discovery, investigate the matter, gather evidence material to the defense, and consider possible defenses. (*Id.* at 2-3.)

Accordingly, the Court FINDS:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2. A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER
CR22-0036-JCC
PAGE - 1

3. The additional time requested is a reasonable period of delay; and

4. The ends of justice will best be served by a continuance, and they outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, Defendant's motion to continue trial and extend the pretrial motions deadline (Dkt. No. 24) is GRANTED. It is therefore ORDERED that the trial date be continued from October 11, 2022 to March 20, 2023, and that the time between the date of this Order and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than February 6, 2023.

DATED this 19th day of August 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE