THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH JOHNSON,<br><br>Defendant. | CASE NO. CR22-0036-JCC<br><br>ORDER |

This matter comes before the Court on the United States' motion for a final order of forfeiture (Dkt. No. 49) with respect to a Polymer80 handgun and any associated ammunition, seized on March 2, 2022. On May 16, 2023, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Joseph Johnson's interest in the above-described property. (Dkt. No. 47.) The above-referenced property is subject to forfeiture pursuant to Title 21, United States Code, Section 853, based on Defendant Joseph Johnson's guilty plea to the offense of Possession of a Controlled Substance with Intent to Distribute, as charged in Count 2 of the Indictment, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C); and his agreement to forfeit the property. Pursuant to Title 21, United States Code, Section 853(n), the United States published notice of the Preliminary Order of Forfeiture on the official government website www.forfeiture.gov, for thirty consecutive days beginning on May 18, 2023, and ending on June 16, 2023, and of the intent of the United States to dispose of the

property in accordance with law. (Dkt. No. 48.) The notice further stated that any person other than Defendant having or claiming an interest in the property was required to file a petition with the Court within sixty days of the first date of publication of notice, setting forth the nature of the petitioner's right, title, and interest in the property. (*Id.*) All persons and entities believed to have an interest in the above-described assets subject to forfeiture were given proper notice of the intended forfeiture. (Dkt. No. 48.) No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired. (Dkt. No. 49.)

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the following property is fully and finally condemned and forfeited to the United States in its entirety:

    (a) A Polymer80 handgun

    (b) Any associated ammunition

It is further ORDERED, ADJUDGED, and DECREED that no right, title, or interest in the above-described property shall exist in any other party. The United States Marshals Service is authorized to dispose of the above-listed property in accordance with the law.

DATED this 27th day of November 2023.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0036-JCC
PAGE - 2